# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

NICK PFEIFER,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

    Defendant.

Civil Action No. 12-cv-2485 JAR/JPO

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above-entitled action, acting by and through his and its attorneys of record, that the above-entitled action and Complaint shall be dismissed with prejudice, each party to pay his or its own costs, and that the Court may enter an order in accordance with this Stipulation without further notice.

DATED this ___ day of July, 2014.    Respectfully submitted,

/s/ Rick D. Holtsclaw
Rick D. Holtsclaw, KS#23733
Holtsclaw Firm
2029 Wyandotte Street, Suite 100
Kansas City, Missouri 64108
Telephone: 816.221.2555
*rick@holtsclawfirm.com*

ATTORNEY FOR PLAINTIFF

/s/ Gregory F. Maher
Gregory F. Maher, KS#11061
Thomas J. Koehler, KS#10285
Yeretsky & Maher, LLC
7200 West 132nd Street, Suite 330
Overland Park, Kansas 66213
Telephone: (913) 897-5813
*gmaher@ymllc.com*
*tkoehler@ymllc.com*

Torry N. Garland *(pro hac vice)*
Union Pacific Railroad Company
Law Department
1400 W. 52nd Avenue
Denver, Colorado 80221
Telephone: (303) 405-5402
*tngarlan@up.com*

ATTORNEYS FOR DEFENDANT

Respectfully submitted,

/s/ Rick D. Holtslcaw
Rick D. Holtsclaw, KS#23733
Holtsclaw Firm
2029 Wyandotte Street, Suite 100
Kansas City, Missouri 64108
Telephone: (816) 221-2555
Facsimile: (816) 221-2508
rick@holtsclawfirm.com

and

Brad Kendall
KS Registration No. 78136
Kenner Nygaard DeMarea Kendall LLC
117 W. 20th Street, Suite 201
Telephone:   (816) 531-3100
Facsimile:   (816) 531-3600
brad@kndklaw.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I certify that the above and foregoing was filed via the CM-ECF system of the U.S. District Court of Kansas on July 8, 2014, which will automatically forward a copy of the same to defendant's counsel of record, and by e-mailing a copy of the same to:

Gregory F. Maher - gmaher@ymllc.com
Thomas J. Koehler - tkoehler@ymllc.com
Torry Garland – tngarland@up.com

Attorneys for Defendants

/s/ Rick D. Holtsclaw
ATTORNEY FOR PLAINTIFF

2