IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

NICK PFEIFER,                                )
                                             )
       Plaintiff,                     )
                                             )
       v.                             )   Civil No.12-cv-2485 JAR/JPO
                                             )
UNION PACIFIC RAILROAD            )
COMPANY,                                     )
                                             )
       Defendant.                     )
                                             )

## ORDER OF DISMISSAL

Before the Court is the parties' joint Stipulation of Dismissal with Prejudice (Doc. 48) stating that this matter may be dismissed in its entirety with prejudice. Being duly advised, for good cause shown and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

**IT IS ORDERED** that this case is DISMISSED WITH PREJUDICE with each party to bear its own fees and costs.

SO ORDERED.


Dated:   July 9, 2014               s/   Julie A. Robinson

                                                      UNITED STATES DISTRICT JUDGE